
## ORIGINAL

FILED
02/20/2024
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 24-0005

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 24-0005

FILED

FEB 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE MOTION OF KELSEY ALEXANDRA
VANOVERLOOP FOR ADMISSION TO THE BAR        O R D E R
OF THE STATE OF MONTANA

---

Kelsey Alexandra VanOverloop has moved for admission to the Bar of the State of Montana pursuant to Rule V of the Rules for Admission, Admission on Motion. VanOverloop also requests leave to be sworn in by a federal judge from the U.S. District Court for the District of Montana. The Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that VanOverloop has provided the necessary documentation and has satisfied the requirements prerequisite to admission on motion under Rule V. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Kelsey Alexandra VanOverloop may be sworn in to the practice of law in the State of Montana by a federal judge from the U.S. District Court for the District of Montana.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 20 day of February, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2